UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA CHOMSKY,

               Plaintiff,

      -against-

PROTRAVEL INTERNATIONAL LLC,
and ANN ST. HILAIRE,

               Defendants.

**ORDER**

21 Civ. 4857 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for October 21, 2021 is adjourned to **November 12, 2021 at 10:00 a.m.**

Dated:  New York, New York
         October 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge