UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA CHOMSKY,

               Plaintiff,

      -against-

PROTRAVEL INTERNATIONAL LLC,
and ANN ST. HILAIRE,

              Defendants.

**ORDER**

21 Civ. 4857 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for November 12, 2021 is adjourned to **November 16, 2021 at 11:15 a.m.**

Dated: New York, New York
       October 29, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge